

LAW OFFICES

# DAVID S. GREENFIELD

IOO LAFAYETTE STREET · SUITE 5O2

NEW YORK, N.Y. IOOI3

(2I2) 48I-9350

TELECOPIER (2I2) 57I-5507

## MEMO ENDORSED

*September 10, 2007*

**EX PARTE**
**VIA FEDEX**

Honorable Leonard B. Sand
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10-2-07

Re: **United States v. Derriyn Needham, et al.**
  **06 Cr.911 (LBS)**

Dear Judge Sand:

As I stated to Your Honor earlier today I represented Ms. Derrilyn Needham, the above referenced defendant in a matter that was tried to a verdict before the Hon Gerard E. Lynch (**United States v Derrilyn Needham et al., S6 04 Cr.1036 (GEL)**). Judge Lynch appointed me as her attorney pursuant to the Criminal Justice Act. This case was somewhat factually related to the present matter. My involvement in the prior case allowed me to establish a good attorney-client relationship with Ms. Needham which I believe carries through to the present time and it also affords me certain knowledge about the present proceeding. I note that I am also one of the attorneys on the Southern District Capital Case Panel.

For all of the reasons stated above I respectfully request that Your Honor appoint me pursuant to 18 U.S.C § 3005 as Ms. Needham's lead "learned counsel". I further request that the Court set my compensation at the established rate of $166.00 per hour.

## MEMO ENDORSED

If my requests meet with the Court's approval kindly "So Order" this letter in the space provided below or have chambers communicate with me as to any further instructions.

Very truly yours,

David S. Greenfield

SO ORDERED _____

U.S.D.J.

Dated:        9/17/07

**MEMO ENDORSED**