```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 - 16 - 07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA    :

                              :

    -against-               :

                              :

DERRILYN NEEDHAM,       :      06 Cr.911 (LBS)

                              :

            Defendant    :
-------------------------------------------------X

**PROPOSED**
**EX PARTE ORDER**

LEONARD B. SAND, U.S.D.J.

    Upon the application of David S. Greenfield counsel for the defendant Derrilyn

Needham:

    **IT IS HEREBY ORDERED**, pursuant to 18 USC § 3005 that David Stern

Esq. is appointed as co- learned counsel in the law involving capital cases for the

defendant Derrilyn Needham.

    **IT IS FURTHER HEREBY ORDERED** that Mr. Stern be compensated at

the rate indicated in Mr. Greenfield's letter of October 11, 2007 which letter is deemed to

be incorporated into this order and,

    **IT IS FURTHER HEREBY ORDERED** that both Mr. Stern and Mr.

Greenfield are authorized to periodically seek compensation for their services from this

Court.

Dated: New York, New York
October 15, 2007

                                     **SO ORDERED:**

**DATED:** _____

                                     _____
                                     **HON. LEONARD B. SAND**
                                     **United States District Judge**