AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

**APPEARANCE**

Case Number: 06 Cr. 911 (LBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Derrilyn Needham

I certify that I am admitted to practice in this court.

| 11/15/2007 | | |
|---|---|---|
| Date | Signature | |
| | David Stern | ds4504 |
| | Print Name | Bar Number |
| | 100 Lafayette Street, Suite 501 | |
| | Address | |
| | New York       NY | 10013 |
| | City           State | Zip Code |
| | (212) 571-5500 | (212) 571-5507 |
| | Phone Number | Fax Number |