```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    :

                    -v-                      :        ORDER

ALTON DAVIS, et al.,                         :        S1 06 Cr. 911 (LBS)

                    Defendant.               :

- - - - - - - - - - - - - - - - - - - -X

       The Court having held a Pre-Trial Conference on May 6, 2008, and having considered the matters raised at the Conference, it is hereby ORDERED that a Pre-Trial Conference in this case is scheduled for September 15, 2008 at 10:00 a.m.

       Further, at the Conference, the Government requested that the time between May 6, 2008, and September 15, 2008 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice, and the defendants, through their counsel, consented to that application.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendants and their counsel to review the discovery material and determine whether the defendants wish to make motions, and to prepare capital case submissions for the Attorney General.  Accordingly, it is ORDERED that the time between May 6, 2008 and September 15, 2008 be and hereby is

hereby excluded under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        May 8, 2008

_____
THE HONORABLE LEONARD B. SAND
UNITED STATES DISTRICT JUDGE