# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge*
*White Plains*

---

November 20, 2019

BY ECF

The Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Courtroom 20B
New York, New York 10007

**Re:** ***United States v. Derrilyn Needham*, 16cv4743 (WHP), 06cr0911-WHP-2**

Dear Judge Pauley:

I write regarding the above captioned matter and to request an adjournment of the sentencing hearing, which currently is set for Tuesday, November 26, 2019, to December 12, 2019, at 3:00 p.m. Ms. Needham arrived today at the Metropolitan Detention Center in Brooklyn. David Stern and I would like to first meet with Ms. Needham before filing the defense sentencing submission. In light of the request to adjourn, the parties also seek to amend the schedule for the filing of sentencing pleadings. Sentencing submissions are due to be filed by tomorrow, November 21, 2019. The parties propose a December 5, 2019 filing deadline for sentencing submissions.

I have discussed the instant request with Laurie Korenbaum, the Assistant United States Attorney assigned to this case. She has no objection to the request for an adjournment and joins in the request to amend the filing schedule.

Respectfully submitted,

Application granted.

/s Jason I. Ser
Jason I. Ser
Assistant Federal Defender
Counsel for Ms. Needham

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

cc: Laurie Korenbaum, A.U.S.A. (by email)

November 21, 2019