# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Jennifer Brown
*Attorney-in-Charge*

April 29, 2020

BY ECF

The Honorable William H. Pauley III
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street Courtroom 20B
New York, New York 10007

**Re:** *United States v. Derrilyn Needham*, 06cr0911-WHP-2

Dear Judge Pauley:

We write to submit the accompanying Declaration of Derrilyn Needham in support of her pending request that the Court order that she be brought to the hospital immediately for testing. Alternatively, we request that a conference be scheduled and seek an order allowing Ms. Needham to participate at that conference via telephone from MDC.

Respectfully submitted,

/s Jason I. Ser
Jason I. Ser
Assistant Federal Defender
David Stern
Counsel for Ms. Needham

cc: Rebecca Dell, A.U.S.A. (by email)