UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

      -against-                              :               06 Cr. 911 (WHP)

DERRILYN NEEDHAM                             :               ORDER

                 Defendants.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

          This Court has reviewed Needham's counsel's letter dated August 17, 2020 reporting on a June 15, 2020 hospitalization of the defendant and referral for surgery.  The Government responds by letter dated August 19, 2020 reporting that Needham was last evaluated by a physician at MDC on April 3, 2020 and that there was no "urgent need for surgery."  BOP is directed to have Needham re-evaluated by its physicians given NYU Langone's recommendation and to update the Court by August 26, 2020.  In the meantime, BOP is directed to continue to hold Needham at MDC while this issue is pending.

Dated:  August 21, 2020
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.