UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,          :

       -against-          :          06 Cr. 911 (WHP)

DERRILYN NEEDHAM          :          <u>ORDER</u>

       Defendants.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

       By letter dated August 26, 2020 and docketed under seal, the Bureau of Prisons ("BOP") responded to this Court's direction that Derrilyn Needham be re-evaluated to determine whether surgery was necessary prior to BOP returning her to FCI Tallahassee, her designated facility. A BOP physician evaluated Ms. Needham on August 24, 2020 and concluded that there was no urgent medical need for surgery. The BOP physician recommended a consultation in 2021 because the proposed surgery was neither medically necessary nor medically urgent.

       Accordingly, this Court lifts its order prohibiting BOP from transporting Ms. Needham back to her designated facility where she can receive follow-up treatment as necessary.

Dated: August 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.