UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
       :
UNITED STATES OF AMERICA,     :   **ORDER**
       :
   -against-     :   06 Cr. 911 (AKH)
       :
DERRILYN NEEDHAM,     :
       :
              Defendant.   :
       :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On October 10, 2020 Defendant Derrilyn Needham sent a letter to the court, received on October 20, 2020, raising issues with her detention at the Federal Transit Center in Oklahoma. The same day the letter was received, Judge William Pauley, who was then assigned to the case, ordered the U.S. Attorney's Office to follow up on the issues she raised and provide a report to the court. ECF No. 323. A copy of the October 27, 2020 report to Judge Pauley has been filed on the docket.

       On February 28, 2022 I received a letter, via Needham's former counsel, requesting a copy of the response to her October 10, 2020 letter. ECF No. 355. Chambers will mail to defendant Needham a copy of this order, a copy of the response to her October 2020 letter, and a copy of the Government's October 27, 2020 report.

       SO ORDERED.

Dated:   March 22, 2022                    /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                               United States District Judge